# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| JEFFREY L. RODRIGUEZ, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 1:12-CV-151-PPS<br>) |
| FORT WAYNE POLICE OFFICER<br>MARK GERARDOT, | )<br>)<br>) |
| Defendant. | )<br>) |

## NOTICE OF RESOLUTION

Plaintiff, by counsel, hereby informs the Court that resolution in this case has been achieved between the parties. The parties will be filing a stipulated dismissal as soon as the settlement documents are complete, or by whatever date designated by the Court.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/ Christopher C. Myers
Christopher C. Myers, #10043-02
Ilene M. Smith, #22818-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:　(260) 424-0600
Facsimile:　(260) 424-0712
E-mail:　　cmyers@myers-law.com
　　　　　　ismith@myers-law.com
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

       The undersigned hereby swears and affirms that a true and correct copy of the above was deposited in the United States Mail, sent via ECF, or served by some other method approved by this Court, on this 13th day of August, 2014, to the following:

Carolyn M. Trier
Trier Law Office
P.O. Box 5528
Fort Wayne, IN  46895

                                                   /s/ Christopher C. Myers
                                                   Christopher C. Myers

CCM/js
S:\Rodriguez, Jeffrey\Pleadings\Notice of Resolution.docx