UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| JEFFREY L. RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-151-PPS |
| | ) | |
| FORT WAYNE POLICE OFFICER | ) | |
| MARK GERARDOT #1629F, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In view of the Notice of Settlement [DE 67] filed August 13, 2014, and based on the court's understanding that the claims between the parties are being settled, the trial of this matter scheduled for September 22, 2014 is **VACATED**. All remaining pretrial deadlines are also **VACATED**.

The parties shall file, **within thirty (30) days of the date of this order**, a stipulation for dismissal or a motion for leave to voluntarily dismiss.

**SO ORDERED**.

**ENTERED**: August 13 2014

                                               s/ Philip P. Simon
                                               PHILIP P. SIMON, JUDGE
                                               UNITED STATES DISTRICT COURT